**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Defoor Centre, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Defoor Centre Hospitality, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0621662** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1710 Defoor Avenue NW** <br> **Atlanta, GA 30318** <br> Number, Street, City, State & ZIP Code | **6500 Sunset Way** <br> **Unit 416-A** <br> **St. Petersburg Beach, FL 33706** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.defoorcentre.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Defoor Centre, LLC**                        Case number (*if known*)

Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7139**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **Defoor Centre, LLC**
          _____          Case number (*if known*) _____
          Name

Debtor    **Defoor Centre, LLC**
_____
Name

Case number (*if known*) _____

---

**11.  Why is the case filed in this district?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No
☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No
☐  Yes.    Insurance agency  _____
          Contact name     _____
          Phone            _____

---

| **Statistical and administrative information** |
|---|

**13.  Debtor's estimation of available funds**    .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Defoor Centre, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  1, 2020**
MM / DD / YYYY

**X /s/ Deborah Eason**
Signature of authorized representative of debtor

**Deborah Eason**
Printed name

Title   **Member**

**18. Signature of attorney**

**X /s/ David S. Jennis**
Signature of attorney for debtor

Date   **June  1, 2020**
MM / DD / YYYY

**David S. Jennis 775940**
Printed name

**David Jennis, PA d/b/a Jennis Law Firm**
Firm name

**606 East Madison Street**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **(813) 229-2800**        Email address   **ecf@JennisLaw.com**

**775940 FL**
Bar number and State

7:23 PM

07/29/19

Accrual Basis

# Balance Sheet
## As of December 31, 2018

|                                         | Dec 31, 18   |
|-----------------------------------------|-------------:|
| **ASSETS**                              |              |
| **Current Assets**                      |              |
| **Checking/Savings**                    |              |
| **Cash in Trust**                       |              |
| Petty Cash                              | 5,275.62     |
| Cash in Trust - Other                   | -2,956.85    |
| **Total Cash in Trust**                 | 2,318.77     |
| Checks Holding                          | -12,135.33   |
| D.E. Personal checking                  | -40,779.63   |
| Property taxes held in escrow           | 19,995.03    |
| Stripe                                  | 250.00       |
| SUNTRUST                                | -63,576.81   |
| Suntrust 9544                           | 2,491.80     |
| UCB 10063                               | -7,164.90    |
| WF 8599 CC's                            | -48,710.58   |
| WF 9143 Checks                          | -160,782.83  |
| **Total Checking/Savings**              | -308,094.48  |
| **Accounts Receivable**                 |              |
| **Accounts Receivable**                 |              |
| AR Ajes                                 | 3,911.40     |
| Accounts Receivable - Other             | 29,574.36    |
| **Total Accounts Receivable**           | 33,485.76    |
| **Total Accounts Receivable**           | 33,485.76    |
| **Other Current Assets**                |              |
| Deposits to Vendors                     | 4,135.00     |
| Discrepancy                             | 329.10       |
| Employee Cash Advance                   | 416.80       |
| SNN                                     | 750.00       |
| Tips (to servers)                       | 58.55        |
| Undeposited Funds                       | 20,492.86    |
| **Total Other Current Assets**          | 26,182.31    |
| **Total Current Assets**                | -248,426.41  |
| **Fixed Assets**                        |              |
| Accumulated Depreciation                | -691,553.00  |
| **Building**                            |              |
| Computer/Telecommunications/Sys         | 100.00       |
| Improvements to Building                | 293,886.87   |
| Signs                                   | 17,863.81    |
| Sound System                            | 3,812.92     |
| Building - Other                        | 1,277,044.68 |
| **Total Building**                      | 1,592,708.28 |
| **Furniture & Equipment**               |              |
| Chairs                                  | 6,375.00     |
| Kitchen                                 | 3,632.07     |
| Furniture & Equipment - Other           | 21,675.05    |
| **Total Furniture & Equipment**         | 31,682.12    |
| Improvements                            | 317,222.00   |
| **Land**                                |              |
| Landscaping                             | 9,774.97     |
| Land - Other                            | 150,000.00   |
| **Total Land**                          | 159,774.97   |

7:23 PM
07/29/19
Accrual Basis

# Balance Sheet
## As of December 31, 2018

|  | Dec 31, 18 |
|---|---|
| Software | 330.89 |
| **Total Fixed Assets** | 1,410,165.26 |
| **TOTAL ASSETS** | **1,161,738.85** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 38,440.73 |
| **Total Accounts Payable** | 38,440.73 |
| Credit Cards | |
| N/P BOA Card | 1,708.39 |
| N/P Chase | |
| N/P WAMU 8736  (Visa) | 3,913.44 |
| N/P Chase - Other | 29.30 |
| **Total N/P Chase** | 3,942.74 |
| N/P Citi | 4,080.14 |
| N/P Everyday Card | -515.00 |
| N/P Sam's | -275.00 |
| N/P United Com 0424 (MC) | 3,535.69 |
| N/P USAA | 14,175.64 |
| **Total Credit Cards** | 26,652.60 |
| Other Current Liabilities | |
| GA Department Of Revenue Payabl | 2,882.52 |
| Loan Payable | 3,900.00 |
| Other Current Liabilities | 13,561.90 |
| Payroll Liabilities | 18.01 |
| Payroll Liabilities - Umemploym | 901.63 |
| Payroll Tax Payable | -548.91 |
| Payroll Tax Payable Fed & State | 24,334.26 |
| Prepayments of Events - Liabili | 27,576.67 |
| Sales Tax Agency Payable | 22,410.70 |
| Sales Tax Payable | -9,025.24 |
| **Total Other Current Liabilities** | 86,011.54 |
| **Total Current Liabilities** | 151,104.87 |
| Long Term Liabilities | |
| Loan-Chick Eason | 1,682,862.62 |
| Loan-Deborah Eason | 2,135,829.07 |
| Ocwen Loan Principal | 1,323,209.75 |
| **Total Long Term Liabilities** | 5,141,901.44 |
| **Total Liabilities** | 5,293,006.31 |
| Equity | |
| Member's Equity | |
| Prior Year Adj | -195,722.72 |
| **Total Member's Equity** | -195,722.72 |
| Opening Bal Equity | -355,812.03 |
| Retained Earnings | -3,514,155.63 |
| Net Income | -65,577.08 |
| **Total Equity** | -4,131,267.46 |
| **TOTAL LIABILITIES & EQUITY** | **1,161,738.85** |

7:22 PM

07/29/19

Accrual Basis

# Profit & Loss
### January through December 2018

| | Jan - Dec 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Revenue** | |
| **CAFE AND EVENT CATERING SALES** | |
| **Beer & Wine Sales** | |
| Beer & Wine Sales - EVENT | 2,613.83 |
| Beer & Wine Sales - Other | 1,057.38 |
| **Total Beer & Wine Sales** | 3,671.21 |
| **Beverages Sales** | |
| Non-alcoholic drinks - EVENT | 750.00 |
| **Total Beverages Sales** | 750.00 |
| **Food Sales** | |
| Food Sales - EVENT | 11,089.62 |
| **Total Food Sales** | 11,089.62 |
| **Liquor Sales** | |
| Liquor Sales - Per Event Contra | 3,159.86 |
| **Total Liquor Sales** | 3,159.86 |
| **Total CAFE AND EVENT CATERING SALES** | 18,670.69 |
| **EVENT SALES** | |
| Card Processor Fee | 30.00 |
| Clean Up Fee | -295.00 |
| Fees | 1,685.90 |
| **Rentals** | |
| Linen Rental | 470.00 |
| Other Rental | 754.25 |
| Rentals - Other | 12,767.47 |
| **Total Rentals** | 13,991.72 |
| Room Rental | 3,650.96 |
| Security - APD | 490.00 |
| Staff Charge | 4,676.70 |
| **Total EVENT SALES** | 24,230.28 |
| **Total Revenue** | 42,900.97 |
| **TENANT INCOME** | |
| Storage Rental | 600.00 |
| **Total TENANT INCOME** | 600.00 |
| **Total Income** | 43,500.97 |
| **Cost of Goods Sold** | |
| **COSTS OF GOODS** | |
| COGS - Art, Jewelry, and other | 117.00 |
| **COGS - CAFE & EVENT CATERING** | |
| **COGS- Beer Wine & Liquor** | |
| COGS - LIQUOR | 450.89 |
| COGS- Beer Wine & Liquor - Other | 2,363.18 |
| **Total COGS- Beer Wine & Liquor** | 2,814.07 |

7:22 PM

07/29/19

Accrual Basis

# Profit & Loss
## January through December 2018

|  | Jan - Dec 18 |
|---|---|
| **COGS - FOOD AND NON ALCOHOLIC** | |
| COGS - Event Food | 3,424.66 |
| **Total COGS - FOOD AND NON ALCOHOLIC** | 3,424.66 |
| **Total COGS - CAFE & EVENT CATERING** | 6,238.73 |
| **COGS - Events** | |
| COGS - Linen | 42.00 |
| COGS - SECURITY | 190.00 |
| **Total COGS - Events** | 232.00 |
| **SALES COMMISSION** | 2,704.80 |
| **Total COSTS OF GOODS** | 9,292.53 |
| **OVERALL LABOR** | |
| Bar Labor | 78.00 |
| Event Labor | 287.00 |
| Event Manager | 796.70 |
| **Total OVERALL LABOR** | 1,161.70 |
| **SALARIES AND WAGES** | 19,282.10 |
| **Total COGS** | 29,736.33 |
| **Gross Profit** | 13,764.64 |
| **Expense** | |
| Bank Service Charges | 184.00 |
| **COMPUTER & WEBSITE** | |
| Computer Maintenance | 1,500.00 |
| Software Expense | 1,241.43 |
| **Total COMPUTER & WEBSITE** | 2,741.43 |
| Contract Labor | 37,303.43 |
| Cost of sales | 50.92 |
| **Credit card costs** | |
| Credit card fees | 221.05 |
| Credit card costs - Other | 315.00 |
| **Total Credit card costs** | 536.05 |
| **INSURANCE** | |
| Comm Package | 4,051.80 |
| INSURANCE - Other | 8,704.16 |
| **Total INSURANCE** | 12,755.96 |
| **Interest Expense** | |
| Mortgage | 2,618.51 |
| **Total Interest Expense** | 2,618.51 |
| **Janitorial / Cleaning Expense** | |
| Supplies - Cleaning | 223.82 |
| Janitorial / Cleaning Expense - Other | 716.00 |
| **Total Janitorial / Cleaning Expense** | 939.82 |
| **Landscaping Expense** | 240.00 |
| **Payroll Expenses** | 2,228.63 |
| **Penalties & Fees** | 200.00 |
| Pest Control | 180.00 |

7:22 PM
07/29/19
Accrual Basis

# Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
| --- | --- |
| **Repairs and Maintenance** |  |
| **Building Repairs** |  |
| Bldg. Supplies | 364.02 |
| Building Repairs - Other | 86.01 |
| **Total Building Repairs** | 450.03 |
| **Total Repairs and Maintenance** | 450.03 |
| **TAXES** |  |
| Federal Payroll | 4,302.29 |
| **Total TAXES** | 4,302.29 |
| Telephone | 200.98 |
| **UTILITIES** |  |
| Cable & Internet | 1,571.55 |
| **Electric** |  |
| Equipment Rental | 530.00 |
| Electric - Other | 5,380.83 |
| **Total Electric** | 5,910.83 |
| Gas | 3,575.64 |
| Solid Waste | 865.00 |
| **Telephone, email** |  |
| Telephone{57} | 614.51 |
| **Total Telephone, email** | 614.51 |
| Water | 1,128.14 |
| **Total UTILITIES** | 13,665.67 |
| **Total Expense** | 78,597.72 |
| **Net Ordinary Income** | -64,833.08 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Other Miscellaneous Expense | 744.00 |
| **Total Other Expense** | 744.00 |
| **Net Other Income** | -744.00 |
| **Net Income** | -65,577.08 |

**Fill in this information to identify the case:**

Debtor name   **Defoor Centre, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 1, 2020**     **X /s/ Deborah Eason**
                                      Signature of individual signing on behalf of debtor

                                         **Deborah Eason**
                                         Printed name

                                         **Member**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Defoor Centre, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arthure E. Ferdinard Fulton Co. Tax Commissioner 141 Pryor St. SW Atlanta, GA 30303** | | property taxes | | | | **$13,441.12** |
| **Atlanta Fire & Rescue 226 Peachtreet St. SW Atlanta, GA 30303** | | | | | | **$1,275.00** |
| **Bank of America PO Box 15019 Wilmington, DE 19850-5019** | | | | | | **$2,354.00** |
| **Carol Dull 107 Boston Ridge Woodstock, GA 30189** | | | | | | **$4,000.00** |
| **Chase Ink PO Box 6294 Carol Stream, IL 60197-6294** | | | | | | **$1,640.00** |
| **Citi-Simplicity PO Box 9001037 Louisville, KY 40290-1037** | | | | | | **$2,290.00** |
| **City of Atlanta Watershed Management PO Box 105275 Atlanta, GA 30348-5275** | | | | | | **$3,682.00** |
| **Commercial Disposal PO Box 488 Smyrna, GA 30081** | | | **Contingent Unliquidated Disputed** | | | **$4,560.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Defoor Centre, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Deborah Eason**<br>**1289 Beech Valley Rd NE**<br>**Atlanta, GA 30306** | | | | | | **$12,962.00** |
| **Elton Eason**<br>**1289 Beech Valley Rd NE**<br>**Atlanta, GA 30306** | | | **Disputed** | | | **$1,362,929.00** |
| **Fieri Facias**<br>**c/o Robert Glickman**<br>**3151 Maple Dr. NE Ste. B**<br>**Atlanta, GA 30305** | | | | | | **$5,201.31** |
| **Gomel, Davis & Watson, LLP**<br>**2400 Marquise One Tower**<br>**245 Peachtree Center Ave NE**<br>**Atlanta, GA 30303-1241** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$26,564.92** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | 2014, 2015, and 2016 taxes | | | | **$52,336.00** |
| **Menden Freiman, LLP**<br>**Glendridge Hihglands II**<br>**5565 Glenridge Connector Ste. 850**<br>**Atlanta, GA 30342** | | | | | | **$1,817.00** |
| **Reginald A. Rooks**<br>**c/o Nicole Massiah, Esq.**<br>**1170 Peactree St. NE**<br>**Suite 1200**<br>**Atlanta, GA 30309** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$7,145.00** |
| **State of Georgia**<br>**148 Andrew Young International Blvd NE**<br>**Sussan Place Room 738**<br>**Atlanta, GA 30303-1751** | | Dept. of Labor | | | | **$20,420.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Defoor Centre, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Tabletoppers 1161 S. Northpoint Blvd. Waukegan, IL 60085** | | | | | | **$9,298.05** |
| **Taylor English LLP 1600 Parkwood Cir. Ste. 400 Atlanta, GA 30339** | | | | | | **$17,995.00** |
| **USAA 10750 McDermott Fwy San Antonio, TX 78299-0570** | | | | | | **$6,878.00** |
| **Waste Management PO Box 105453 Atlanta, GA 30348-5453** | | | | | | **$1,256.36** |

Official form 204                  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                  page 3

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Defoor Centre, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................   $     **3,485,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................   $     **103,000.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................   $     **3,588,000.00**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **1,787,628.80**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **86,197.12**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     **1,475,734.65**

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b        $     **3,349,560.57**

**Fill in this information to identify the case:**

Debtor name      **Defoor Centre, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

      4.1.    **Escrow Account for closing**                                                    $100,000.00

5.    **Total of Part 1.**                                                                  | $100,000.00 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:      Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor __**Defoor Centre, LLC**_____     Case number *(If known)* _____
      Name

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**     **Aircraft and accessories** | | | |
| **50.**     **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>commerical kitchen appliance being sold with<br>building; chairs, tables, linens, serving dishes,<br>flatware, glassware, and other misc.<br>decorative items.** | **$0.00** | | **$3,000.00** |

**51.**     **Total of Part 8.**                                                                  **$3,000.00**
          Add lines 47 through 50. Copy the total to line 87.

**52.**     **Is a depreciation schedule available for any of the property listed in Part 8?**
          ■ No
          ☐ Yes

**53.**     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Debtor  **Defoor Centre, LLC**                                       Case number *(If known)* _____

Name

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **non-residential real property loacted at 1710 Defoor Avenue NW, Atlanta, GA 30318** | Fee simple | $0.00 | Appraisal | $3,485,000.00 |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $3,485,000.00 |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor    **Defoor Centre, LLC**
_____    Case number *(If known)* _____
Name

**has been filed)**
**Potential claim against U.S. Small Business**
**Administration and Newtek Business Lending**    **Unknown**
_____    _____

| **Nature of claim** | **cause of action** |
|---|---|
| **Amount requested** | **$0.00** |

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**    **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Defoor Centre, LLC**

Name

Case number *(If known)*

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $3,485,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $103,000.00 + 91b. | $3,485,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,588,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name   **Defoor Centre, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **US Bank NA** | Describe debtor's property that is subject to a lien | **$1,787,628.80** | **$3,485,000.00** |

**2.1**  **US Bank NA**
Creditor's Name

**c/o Charles B. Waters Jr.**
**15 Piedmont Center**
**3575 Piedmont Rd NE, Ste 500**
**Atlanta, GA 30305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6949**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**non-residential real property loacted at 1710 Defoor Avenue NW, Atlanta, GA 30318**

Describe the lien
**Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,787,628.80 |
|---|---|---|

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **PHH Mortgage**<br>**5177 Richmond Ave.**<br>**Ste. 300**<br>**Houston, TX 77056** | Line   **2.1** | |

| Debtor | **Defoor Centre, LLC** | Case number (if known) | |
| | Name | | |

| | |
|---|---|
| **PHH Mortgage Services**<br>**PO Box 5452**<br>**Mount Laurel, NJ 08054-5452** | Line  **2.1** |
| **PHH Mortgage Services**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | Line  **2.1** |

---

**Fill in this information to identify the case:**

Debtor name **Defoor Centre, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,441.12 | $13,441.12 |
| | **Arthure E. Ferdinard** **Fulton Co. Tax Commissioner** **141 Pryor St. SW** **Atlanta, GA 30303** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **property taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,336.00 | $52,336.00 |
| | **Internal Revenue Service** **Centralized Insolvency** **Operations** **PO Box 7346** **Philadelphia, PA 19101-7346** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **2014, 2015, and 2016 taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    53632                    Best Case Bankruptcy

| Debtor | **Defoor Centre, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,420.00 | $20,420.00 |
|---|---|---|---|---|

**State of Georgia**
**148 Andrew Young**
**International Blvd NE**
**Sussan Place Room 738**
**Atlanta, GA 30303-1751**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Dept. of Labor**

Last 4 digits of account number **0706**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

**Atlanta Fire & Rescue**
**226 Peachtreet St. SW**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19850-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2440**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,354.00 |
|---|---|---|---|

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19850-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7000**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Carol Dull**
**107 Boston Ridge**
**Woodstock, GA 30189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,180.00 |
|---|---|---|---|

**Chase Freedom**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8736**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Defoor Centre, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|

**Chase Ink**
PO Box 6294
Carol Stream, IL 60197-6294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,290.00 |
|---|---|---|---|

**Citi-Simplicity**
PO Box 9001037
Louisville, KY 40290-1037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1856

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,682.00 |
|---|---|---|---|

**City of Atlanta**
**Watershed Management**
PO Box 105275
Atlanta, GA 30348-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,560.00 |
|---|---|---|---|

**Commercial Disposal**
PO Box 488
Smyrna, GA 30081

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,962.00 |
|---|---|---|---|

**Deborah Eason**
1289 Beech Valley Rd NE
Atlanta, GA 30306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $846.25 |
|---|---|---|---|

**Ecolab**
PO Box 32027
New York, NY 10087-2027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,362,929.00 |
|---|---|---|---|

**Elton Eason**
1289 Beech Valley Rd NE
Atlanta, GA 30306

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Defoor Centre, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,201.31 |
|---|---|---|---|

**Fieri Facias**
**c/o Robert Glickman**
**3151 Maple Dr. NE**
**Ste. B**
**Atlanta, GA 30305**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No □ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,564.92 |
|---|---|---|---|

**Gomel, Davis & Watson, LLP**
**2400 Marquise One Tower**
**245 Peachtree Center Ave NE**
**Atlanta, GA 30303-1241**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No □ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,817.00 |
|---|---|---|---|

**Menden Freiman, LLP**
**Glendridge Hihglands II**
**5565 Glenridge Connector**
**Ste. 850**
**Atlanta, GA 30342**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No □ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,145.00 |
|---|---|---|---|

**Reginald A. Rooks**
**c/o Nicole Massiah, Esq.**
**1170 Peactree St. NE**
**Suite 1200**
**Atlanta, GA 30309**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No □ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,298.05 |
|---|---|---|---|

**Tabletoppers**
**1161 S. Northpoint Blvd.**
**Waukegan, IL 60085**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No □ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,995.00 |
|---|---|---|---|

**Taylor English LLP**
**1600 Parkwood Cir.**
**Ste. 400**
**Atlanta, GA 30339**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No □ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $610.76 |
|---|---|---|---|

**The Knot**
**Wedding Pages, LLC**
**11106 Mockingbird Dr.**
**Omaha, NE 68137**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No □ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Defoor Centre, LLC**
_____    Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$6,878.00** |

**USAA**
**10750 McDermott Fwy**
**San Antonio, TX 78299-0570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3287**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$1,256.36** |

**Waste Management**
**PO Box 105453**
**Atlanta, GA 30348-5453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:　List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

　　If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arthur E. Ferdinand**<br>**Fulton Co. Tax Commissioner**<br>**PO Box 105052**<br>**Atlanta, GA 30348-5052** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Fieri Facias**<br>**c/o Robert Glickman**<br>**PO Box 25535**<br>**Atlanta, GA 30325-1535** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Georiga Dept of Labor**<br>**465 Shanty Rd**<br>**Marietta, GA 30066** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **IRS**<br>**Attn: Calvin Lucas**<br>**5255 Snapfinger Pk Dr.**<br>**Ste. 160 MS 668D**<br>**Decatur, GA 30035** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Tabletoppers**<br>**2130 Marietta Blvd.**<br>**Atlanta, GA 30318** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:　Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 86,197.12 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,475,734.65 |
| 5c. Total of Parts 1 and 2<br>　　Lines 5a + 5b = 5c. | 5c. | $ | 1,561,931.77 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Defoor Centre, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Defoor Centre, LLC** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Deborah Eason** | **6500 Sunset Way**<br>**Unit 416-A**<br>**Saint Petersburg, FL 33706** | **Chase Freedom** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.2 | **Deborah Eason** | **6500 Sunset Way**<br>**Unit 416-A**<br>**Saint Petersburg, FL 33706** | **Chase Ink** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.3 | **Deborah Eason** | **6500 Sunset Way**<br>**Unit 416-A**<br>**Saint Petersburg, FL 33706** | **Citi-Simplicity** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.4 | **Deborah Eason** | **6500 Sunset Way**<br>**Unit 416-A**<br>**Saint Petersburg, FL 33706** | **Bank of America** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Defoor Centre, LLC**

Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | Deborah Eason<br>6500 Sunset Way<br>Unit 416-A<br>Saint Petersburg, FL 33706 | Bank of America | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.6 | Deborah Eason<br>6500 Sunset Way<br>Unit 416-A<br>Saint Petersburg, FL 33706 | USAA | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.7 | Deborah Eason<br>6500 Sunset Way<br>Unit 416-A<br>Saint Petersburg, FL 33706 | State of Georgia | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |
| 2.8 | Deborah Eason<br>6500 Sunset Way<br>Unit 416-A<br>Saint Petersburg, FL 33706 | Internal Revenue Service | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Defoor Centre, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $43,500.97 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Defoor Centre, LLC** | Case number *(if known)* | |
|---|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **IRS v. Defoor Centre, LLC** | **IRS administrative proceeding** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Georgia Dept of Labor v. Defoor Centre, LLC**<br>**853807-06** | **tax administrative proceeding** | | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.3. | **J&J Production v. Defoor Centre, LLC** | **breach of contract** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Defoor Centre, LLC**                                           Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jennis Law Firm**<br>**606 East Madison Street**<br>**Tampa, FL 33602** | | **5/28/20** | **$26,717.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Deborah Eason** | | | |
| 11.2. | **Kent Webb**<br>**Taylor English LLP**<br>**1600 Parkwood Cir.**<br>**Ste. 400**<br>**Atlanta, GA 30339** | | | **$1,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Defoor Centre, LLC | Case number *(if known)* | |
|--------|--------------------|--------------------------|-|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | **SunTrust**<br>**1799 Briarcliff Rd NE**<br>**Atlanta, GA 30306** | **XXXX-9544** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/22/19** | **$157.36** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Defoor Centre, LLC | Case number *(if known)* |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Space Shop 151 14th St. NW Atlanta, GA 30318 | Deborah Eason | personal items from Defoor Centre | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Defoor Centre, LLC**_____    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Joan Sturdivant**<br>**dba Citiline Financial**<br>**PO Box 361391**<br>**Decatur, GA 30036** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Citiline Financial**<br>**PO Box 361391**<br>**Decatur, GA 30036** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **Defoor Centre, LLC** _____     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Deborah Eason | 6500 Sunset Way Unit 416-A Saint Petersburg, FL 33706 | Sole Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin Eason | 6500 Sunset Way Unit 416-A Saint Petersburg, FL 33706 | Manager | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Virginia Vellica | c/o Books & Cases 1230 Westchester Ridge NE Atlanta, GA 30329 | 50% partner from 2002 to 2006 | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Defoor Centre, LLC** _____   Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  1, 2020** _____

**/s/ Deborah Eason** _____      **Deborah Eason** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re **Defoor Centre, LLC** _____

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Deborah Eason**<br>**6500 Sunset Way**<br>**Unit 416-A**<br>**Saint Petersburg, FL 33706** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June  1, 2020** _____

Signature **/s/ Deborah Eason** _____
          **Deborah Eason**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **Defoor Centre, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June  1, 2020**

**/s/ Deborah Eason**

**Deborah Eason/Member**

Signer/Title

Defoor Centre, LLC
6500 Sunset Way
Unit 416-A
St. Petersburg Beach, FL 33706

David S. Jennis
David Jennis, PA d/b/a Jennis Law Firm
606 East Madison Street
Tampa, FL 33602

Arthur E. Ferdinand
Fulton Co. Tax Commissioner
PO Box 105052
Atlanta, GA 30348-5052

Arthure E. Ferdinard
Fulton Co. Tax Commissioner
141 Pryor St. SW
Atlanta, GA 30303

Atlanta Fire & Rescue
226 Peachtreet St. SW
Atlanta, GA 30303

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Carol Dull
107 Boston Ridge
Woodstock, GA 30189

Chase Freedom
PO Box 6294
Carol Stream, IL 60197-6294

Chase Ink
PO Box 6294
Carol Stream, IL 60197-6294

Citi-Simplicity
PO Box 9001037
Louisville, KY 40290-1037

City of Atlanta
Watershed Management
PO Box 105275
Atlanta, GA 30348-5275

Commercial Disposal
PO Box 488
Smyrna, GA 30081

Deborah Eason
1289 Beech Valley Rd NE
Atlanta, GA 30306

Deborah Eason
6500 Sunset Way
Unit 416-A
Saint Petersburg, FL 33706

Ecolab
PO Box 32027
New York, NY 10087-2027

Elton Eason
1289 Beech Valley Rd NE
Atlanta, GA 30306

Fieri Facias
c/o Robert Glickman
3151 Maple Dr. NE
Ste. B
Atlanta, GA 30305

Fieri Facias
c/o Robert Glickman
PO Box 25535
Atlanta, GA 30325-1535

Georiga Dept of Labor
465 Shanty Rd
Marietta, GA 30066

Gomel, Davis & Watson, LLP
2400 Marquise One Tower
245 Peachtree Center Ave NE
Atlanta, GA 30303-1241

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

IRS
Attn: Calvin Lucas
5255 Snapfinger Pk Dr.
Ste. 160 MS 668D
Decatur, GA 30035

Menden Freiman, LLP
Glendridge Hihglands II
5565 Glenridge Connector
Ste. 850
Atlanta, GA 30342

PHH Mortgage
5177 Richmond Ave.
Ste. 300
Houston, TX 77056

PHH Mortgage Services
PO Box 5452
Mount Laurel, NJ 08054-5452

PHH Mortgage Services
1 Mortgage Way
Mount Laurel, NJ 08054

Reginald A. Rooks
c/o Nicole Massiah, Esq.
1170 Peactree St. NE
Suite 1200
Atlanta, GA 30309

State of Georgia
148 Andrew Young
International Blvd NE
Sussan Place Room 738
Atlanta, GA 30303-1751

Tabletoppers
1161 S. Northpoint Blvd.
Waukegan, IL 60085

Tabletoppers
2130 Marietta Blvd.
Atlanta, GA 30318

Taylor English LLP
1600 Parkwood Cir.
Ste. 400
Atlanta, GA 30339

The Knot
Wedding Pages, LLC
11106 Mockingbird Dr.
Omaha, NE 68137

US Bank NA
c/o Charles B. Waters Jr.
15 Piedmont Center
3575 Piedmont Rd NE, Ste 500
Atlanta, GA 30305

USAA
10750 McDermott Fwy
San Antonio, TX 78299-0570

Waste Management
PO Box 105453
Atlanta, GA 30348-5453

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Defoor Centre, LLC**                                                    Case No. _____

                                                                    Debtor(s)          Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ............................................    $    _____ **0.00**

      Prior to the filing of this statement I have received ..............................    $    _____ **0.00**

      Balance Due ............................................................................    $    _____ **0.00**

2.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
           reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
           522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
           any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  1, 2020**                                        **/s/ David S. Jennis**
_____                          _____
*Date*                                                   **David S. Jennis 775940**
                                                         *Signature of Attorney*
                                                         **David Jennis, PA d/b/a Jennis Law Firm**
                                                         **606 East Madison Street**
                                                         **Tampa, FL 33602**
                                                         **(813) 229-2800**
                                                         **ecf@JennisLaw.com**
                                                         *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re  **Defoor Centre, LLC**                                                                                              Case No.
                                                                   **Debtor(s)**        Chapter        **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Defoor Centre, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  1, 2020**                                                    **/s/ David S. Jennis**
Date                                                                    **David S. Jennis 775940**
                                                                        Signature of Attorney or Litigant
                                                                        Counsel for    **Defoor Centre, LLC**
                                                                        **David Jennis, PA d/b/a Jennis Law Firm**
                                                                        **606 East Madison Street**
                                                                        **Tampa, FL 33602**
                                                                        **(813) 229-2800**
                                                                        **ecf@JennisLaw.com**